UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**BayRock Mortgage Corp.**
P.O. Box 2902
Alpharetta, GA 30023

**58−2130186**

Case No.: **10−69649−mhm**
Chapter: **7**
Judge: **Margaret Murphy**

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**Robert Trauner**

the Trustee in said case, has filed his report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_____
Margaret Murphy
United States Bankruptcy Judge

Dated: August 19, 2010
Form 184

# CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: goryy                Page 1 of 2          Date Rcvd: Aug 19, 2010
Case: 10-69649                Form ID: 184               Total Noticed: 65


The following entities were noticed by first class mail on Aug 21, 2010.
db           +BayRock Mortgage Corp.,    P.O. Box 2902,    Alpharetta, GA 30023-2902
aty          +J. Hayden Kepner, Jr.,    Scroggins & Williamson,    1500 Candler Bldg.,    127 Peachtree Street, NE,
               Atlanta, GA 30303-1810
tr            Robert Trauner,    Suite 700,    1 Glenlake Parkway, NE,    Atlanta, GA  30328-3496
ust          +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330
12869912      AT&T ^ CARTERSVILLE,    P.O. Box 105262,    Atlanta, GA 30348-5262
12869913      AT&T ^ KY,    P.O. Box 105262,    Atlanta, GA 30348-5262
12869914      AT&T ^ ORLANDO,    P.O. Box 105262,    Atlanta, GA 30348-5262
12869915      AT&T ^ TN,    P.O. Box 105262,    Atlanta, GA 30348-5262
12869916     +AVAUNT PERFORMANCE INC.,    4180 Providence Rd.,    Suite 320,    Marietta, GA 30062-6194
12869917     +Bolling Rice LLC,    P.O. Box 244,    Cumming, GA 30028-0244
12869918      CH REALTY IV / ROYAL CENTRE, LLC,    P.O. Box 6150,    BLDG ID CJB001,    Hicksville, NY 11802-6150
12978235     +CIT Technology Financing Services, Inc.,    c/o Weltman, Weinberg & Reis Co., LPA,
               175 S. Third St., Ste 900,    Columbus, OH 43215-5166
12869922      CITI MORTGAGE CORRESPONDENT LENDING,    1000 Technology Drive,    MS 800,    O’Fallon, MO 63368-2240
12869925     +CORELOGIC SYSTEMS, INC.,    10360 Old Placerville Rd.,    Suite 100,    Sacramento, CA 95827-2536
12869927      COUNTRYWIDE HOME LOANS, INC.,    P.O. Box 660458,    Dallas, TX 75266-0458
12869919     +Chase Mortgage,    10151 Deerwood Park Blvd.,    Jacksonville, FL 32256-0566
12869920     +Cigar Factory Comples, Inc.,    1100 Walnut Street,    Owensboro, KY 42301-2956
12869923     +CitiMortgage, Inc.,    4000 Regent Blvd.,    Irving, TX 75063-2246
12869924     +Colonial Bank,    100 Colonial Bank Blvd.,    Montgomery, AL 36117-4244
12869926     +Countrywide,    Correspondent Lending,    8521 Fallbrook Ave.,    Canoga Park, CA 91304-3243
12869928     +Credit Suisse First Boston,    11 Madison Avenue,    4th Floor,    New York, NY 10010-3698
12869929     +DB STRUCTURED PRODUCTS, INC.,    60 Wall Street,    New York, NY 10005-2836
12869930      Dean T. Howell,    Woolf McClane,    900 Rivrview Twr 900 S. Gay St,    Knoxville, TN 37902
12869931     +Deutsche Bank Securities Inc.,    60 Wall Street,    15th Floor,    New York, NY 10005-2836
12869932     +EMC Mortgage Corp,    2780 Lake Vista Drive,    Lewisville, TX 75067-3884
12869933     +FIRST AMERICAN REAL ESTATE SOLUTIONS,    4 First American Way,    Santa Ana, CA 92707-5913
12869934      FIRST DATA SOLUTIONS,    P.O. Box 8334,    Omaha, NE 68108-0334
12869935     +FIS DATA SERVICES,    3100 New York Drive,    Suite 100,    Pasadena, CA 91107-1501
12869936     +Franklin Amer c/o M. Robinson,    Slaton & O’Connor,    P.O. Box 1110,    Montgomery, AL 36101-1110
12869937     +Franklin Mortgage,    501 Corporate Centre Drive,    Suite 400,    Franklin, TN 37067-6216
12869938     +Frederick Joiner,    c/o Earl P. Underwood,    P.O. Box 969,    Fairhope, AL 36533-0969
12869939     +GMAC RFC,    8400 Normandale Lake Blvd.,    Minneapolis, MN 55437-1085
12869940     +Goldman Sachs Mortgage Co,    85 Broad Street,    27th Floor,    New York, NY 10004-2434
12869941     +Green Planet Servicing, LLC,    10 Research Parkway,    Suite 2,    Wallingford, CT 06492-1963
12869942     +HANSEN QUALITY,    9339 Carroll Park Drive,    Suite 100,    San Diego, CA 92121-3250
12869943     +IKON c/o ProConsulting Service,    P.O. Box 66510,    Houston, TX 77266-6510
12869944      INTERTHINX / APPINTELLIGENCE INC,    P.O. Box 27985,    New York, NY 10087-7985
12869945     +LANDSAFE INC.,    2270 Lakeside Blvd.,    RLS-5-87,    Richardson, TX 75082-4304
12869949     +LEXIS PRINTING & FULFILLMENT,    2395 Pleasantdale Rd.,    Suite 4-B,    Atlanta, GA 30340-3154
13013561     +Lehman Brothers Holdings Inc.,,    Locke Lord Bissell & Liddell LLP,    The Proscenium, Suite 1900,
               1170 Peachtree St., NE,    Atlanta, GA 30309-7649
12869946     +Lehman Brothers Holdings, Inc.,    c/o Reilly Pozner / Mat Spohn,    511 16th Street, Ste 700,
               Denver, CO 80202-4248
12869947     +Leigh O’Hara c/o John McArthur,    Kizer & Black,    329 Cates Street,    Maryville, TN 37801-4903
12869948      Lendmark Financial Services,    Subsidiary of BB&T,    2118 Usher Street, NW,
               Covington, GA 30014-2434
12869950     +Locke Lord Bissell & Liddell,    The Proscenium, Suite 1900,    1170 Peachtree Street, NE,
               Atlanta, GA 30309-7649
12869951     +Locke Lord Bissell & Liddell,    2200 Ross Avenue,    Suite 2200,    Dallas, TX 75201-2748
12869952     +MEIGS FINANCIAL, LLC,    12460 Crabapple Road,    STE 202-105,    Alpharetta, GA 30004-6602
12869953     +MERRILL LYNCH MORTGAGE LENDING, INC.,    650 Third Avenue South,    Suite 1500,
               Minneapolis, MN 55402-1944
12869954     +MERS,    13059 Collections Center Drive,    Chicago, IL 60693-0001
12869955     +MORTGAGE BUILDER SOFTWARE,    24370 Northwestern Hwy,    Suite 200,    Southfield, MI 48075-2574
12869956     +PITNEY BOWES PRINT MANAGEMENT,    1625 Williams Drive,    Marietta, GA 30066-6349
12869957     +RACHEL MEDLEY,    12460 Crabapple Road,    STE 202-105,    Alpharetta, GA 30004-6602
12869958      RECALL TOTAL INFORMATION MGMT,    P.O. Box 101057,    Atlanta, GA 30392-1057
12869961      RMIC CORPORATION,    P.O. Box 402406,    Atlanta, GA 30384-2406
12869959     +Reilly Pozner LLP,    The Kittredge Building,    511 Sixteenth Street, Ste 700,
               Denver, CO 80202-4248
12869960     +Residential Funding Co,    c/o D. Heeman @ Felhaber Larso,    220 S 6th St., Ste 2200,
               Minneapolis, MN 55402-4504
12869962     +TALX CORPORATION,    4076 Paysphere Circle,    Chicago, IL 60674-0001
12869965      US EXPRESS LEASING, INC.,    Dept. #1608,    Denver, CO 80291-1608
12869964     +United States District Court,    Charles R. Diard, Clerk,    113 St. Joseph Street,
               Mobile, AL 36602-3606
12869966    ++VANDERBILT MORTGAGE AND FINANCE INC,    P O BOX 9800,    MARYVILLE TN 37802-9800
             (address filed with court: Vanderbilt Mortgage,     500 Alcoa Trail,    Maryville, TN 37804)
12869967     +VERIFICATION BUREAU, INC.,    247 S.W. 8th Street,    Suite 147,    Miami, FL 33130-3529
12869968     +WESTPORT MORTGAGE SERVICES,LLC,    P.O. Box 1508,    Scottsdale, AZ 85252-1508
12869969     +WILLIAM MEDLEY, JR.,    12460 Crabapple Road,    STE 202-105,    Alpharetta, GA 30004-6602
12869970      XEROX CORPORATION,    P.O. Box 828187,    Philadelphia, PA 19182-8187
12869971      XO ONE,    P.O. Box 970205,    Dallas, TX 75397-0205

The following entities were noticed by electronic transmission on Aug 19, 2010.
12869921     +E-mail/Text: citjaxbankruptcy@cit.com                          CIT TECHNOLOGY FIN SERV INC.,
               10201 Centurion Pkwy North,    Suite 100,    Jacksonville, FL 32256-4114
                                                                                             TOTAL: 1
```

```
District/off: 113E-9          User: goryy              Page 2 of 2              Date Rcvd: Aug 19, 2010
Case: 10-69649                Form ID: 184             Total Noticed: 65

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12869963   ##+Taylor, Bean & Whitaker Mortg,    101 NE 2nd Street,    Ocala, FL 34470-6642
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2010**                          **Signature:**  _/s/ Joseph Speetjens_